# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

**FILED
CHARLOTTE, N. C.
MAY - 9 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.**

May 4, 2005

Jennifer Ann Youngs, Esq.
OFFICE OF THE U. S. ATTORNEY
16th Floor
Carillon Building
227 West Trade Street
Charlotte, NC 28202

Thomas A. Will Jr., Esq.
Suite B
128 East Garrison Boulevard
Gastonia, NC 28054

David William Hands, Esq.
HANDS LAW OFFICE
Suite DD-518
800 Briar Creek Road
Charlotte, NC 28205

      Re: 05-4236 US v. Carlton Keith Roper
          CR-01-183

         05-4246 US v. George Butler
          CR-00-53

Dear Counsel:

    Enclosed is a copy of an order filed today in this case.

                           Yours truly,

                           PATRICIA S. CONNOR
                                Clerk

                        /s/ Lisa D. Nesbitt
                By: _____
                           Deputy Clerk

Enclosure(s)

cc: Clerk, U. S. District Court

FILED: May 4, 2005

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-4236
(CR-01-183)

UNITED STATES OF AMERICA,

             Plaintiff - Appellant,

versus

CARLTON KEITH ROPER, a/k/a Danny Lewis,

             Defendant - Appellee.

No. 05-4246
(CR-00-53)

UNITED STATES OF AMERICA,

             Plaintiff - Appellant,

versus

GEORGE O'NEIL BUTLER,

             Defendant - Appellee.

O R D E R

The government has filed a motion to consolidate appeal Nos. 05-4236 and 05-4246. Appellees have filed response to the

motion.

The Court grants the motion to consolidate these appeals for purposes of briefing and oral argument. The consolidation of these appeals is without prejudice to appellees seeking leave to file separate briefs.

For the Court - By Direction

/s/ Patricia S. Connor
_____
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

May 4, 2005

Clerk, U. S. District Court
Western District of North Carolina at Charlotte
Room 210
401 West Trade Street
Charlotte, NC 28202

Re: 05-4246 US v. George Butler
    CR-00-53

Dear Clerk:

Our records indicate that the transcript was filed in this case on 1/19/05. Please transmit the certificate to this office as soon as possible. If there are problems that will delay transmission of the certificate, please notify me.

Yours truly,

PATRICIA S. CONNOR
Clerk

By: /s/ Lisa D. Nesbitt
    Deputy Clerk