# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:00CR53

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>VS. )<br>)<br>)<br>GEORGE O'NEIL BUTLER )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals reversing the part of this Court's Judgment entered January 26, 2005, which ordered the balance of the assessment and restitution be remitted. *See, United States v. Butler*, **462 F.3d 336 (4th Cir. 2006).**

Pursuant to the Fourth Circuit's remand,

**IT IS, THEREFORE, ORDERED** that the Court's Judgment of Conviction entered July 12, 2001, ordering the Defendant to pay an assessment of $100 and restitution in the amount of $110,020.00 is hereby **REINSTATED** and the remaining terms and conditions set forth in the Court's January 26, 2005, Judgment of Conviction remain in full force and effect.

Signed: October 23, 2006

Lacy H. Thornburg
United States District Judge